1
2
3
4
5
6
7

8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14
15
16

TARI LEE BLAKESLEY,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.

Case No. C12-548-TSZ

ORDER REVERSING AND
REMANDING CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS

17

18     The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all

19 papers and exhibits filed in support and opposition thereto, and the Report and

20 Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, does

21 hereby find and ORDER:

22     (1)    The Court adopts the Report and Recommendation.

23     (2)    The final decision of the Commissioner is REVERSED and this case is

24 REMANDED to the Social Security Administration for further proceedings consistent with the

25 Report and Recommendation.

26

ORDER REMANDING CASE
PAGE - 1

(3)     The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 18th day of January, 2013.

*Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

ORDER REMANDING CASE
PAGE - 2